# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN WEISSMAN, as Independent Trustee of the Lan Plus Corporation Employee Stock Ownership Plan and Trust,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KEN PAGE, an individual, BRAD McNEIL, an individual, and TN-K ENERGY GROUP, INC. a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: CV12-0999 JCG<br><br>ORDER |

　　　Pursuant to the Notice of Request for Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the instant case is hereby DISMISSED WITH PREJUDICE.

　　　IT IS SO ORDERED.

DATED: March 28, 2012

By: _____
　　　UNITED STATES MAGISTRATE JUDGE

{00207403.DOC}

[PROPOSED] ORDER